**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **SHERMAN MACK** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **SERGEANT CURRAN,** *et al.* | : | **No. 10-1760** |

## <u>ORDER</u>

**AND NOW**, this 3rd day of March, 2011, upon consideration of the Commonwealth Defendants' Motion to Dismiss (Document No. 11), the plaintiff's response and the Order treating the motion to dismiss as a motion for summary judgment (Document No. 16), it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that **JUDGMENT** is entered in favor of the defendants Sergeant Curran, Correctional Officer Keane, Sergeant Godlewski, David DiGuglielmo, Unit Manager Link, Unit Manager Radel, Harmis and Jefferey A. Beard, and against the plaintiff Sherman Mack.

/s/Timothy J. Savage
TIMOTHY J. SAVAGE,  J.